# **EXHIBIT 2**

```
 1                THE ARBITRATION TRIBUNALS
          OF THE AMERICAN ARBITRATION ASSOCIATION
 2   _____

 3   SOUTHERN IDAHO AMBULATORY
     SURGERY CENTER, LLC, an
 4   Idaho limited liability company,

 5           Claimant/Counter-Respondent,

 6
     vs.                         Case No. 01-18-0002-5082
 7

 8   TWIN FALLS NSC, LLC, a Delaware
     limited liability company,
 9
             Respondent/Counter-Claimant.
10   _____

11

12

13

14
                 Video Recorded Deposition of:
15
                 KARI LINDSEY
16
                 Taken on behalf of the
17               Claimant/Counter-Respondent
                 August 22, 2018
18

19

20

21
     _____
22
                   Elite Reporting Services
23              www.elitereportingservices.com
            Jeannie Chaffin, LCR, Associate Reporter
24                  Post Office Box 292382
                  Nashville, Tennessee 37229
25                     (615)595-0073
                                                         1
```

```
                       A P P E A R A N C E S



  For the Claimant/Counter-Respondent:

            MR. ANGELO L. ROSA (via videoconferencing)
            Attorney at Law
            2211 East Camelback Road, No. 302
            Phoenix, AZ  85016
            (801)440-4400
            arosa@rosacommerce.com




  For the Respondent/Counter-Claimant:

            MR. W. BRANTLEY PHILLIPS, JR.
            Attorney at Law
            Bass, Berry & Sims
            150 Third Avenue South
            Suite 2800
            Nashville, TN  37064
            (615)742-7723
            bphillips@bassberry.com



  Also Present:

            MR. DANIEL GIBBONS, Videographer




                                                              2
```

```
 1
 2                    I N D E X
                                                    Page
    Examination
 4  By Mr. Rosa                                        5
 5
 6
                     E X H I B I T S
 7
                                                    Page
 8
    Exhibit No. 80                                    20
 9       E-Mail, Bates Labeled TF007653 through
         TF007659
10
    Exhibit No. 81                                    67
11       E-Mail, Bates Labeled TF005883
12  Exhibit No. 82                                    77
         E-Mail, Bates Labeled TF003923
13
    Exhibit No. 83                                    81
14       Amsurg 2015 Strategic Planning Session,
         Bates Labeled TF002889 through TF002943
15
16
17
18
19
20
21
22
23
24
25
```