Angelo L. Rosa (Idaho State Bar No. 7546)
ANGELO L. ROSA, ESQ.
2211 East Camelback Road, No. 301
Phoenix, Arizona 85016
Telephone: +1 (801) 440-4400
Fax: +1 (208) 515-2203
E-mail: arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br><br>**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S AMENDED OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

**NOTICE IS HEREBY GIVEN THAT:**

1. On 24 June 2020, Respondent/Counter-Petitioner, SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC ("SIASC") served its Amended Objections and Responses to Petitioner/Counter-Respondent, TWIN FALLS NSC, LLC's ("Twin Falls NSC") First Set of Interrogatories and Requests for Production of Documents by the method(s) and addressed as indicated below:

| | | |
|---|---|---|
| W. Brantley Phillips, Jr. | ☐ | U.S. First Class Mail, Postage Prepaid |
| Russell S. Baldwin | ☐ | Hand-Delivered |
| Allison W. Acker | ☐ | Overnight Delivery |
| BASS BERRY & SIMS PLC | ☐ | Facsimile |
| 150 Third Avenue South, Ste. 2800 | ☒ | e-Mail |
| Nashville, TN 37201 | ☐ | Electronic Court Filing/Service |
| bphillips@bassberry.com | | |
| rbaldwin@bassberry.com | | |
| allison.acker@bassberry.com | | |

Executed on 11 June 2020 at Phoenix, Idaho:

                                                        */s/ Angelo L. Rosa*
                                                        Angelo L. Rosa

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 6 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| Scott D. Hess | sdhess@hollandandhart.com |
| Brant Phillips | BPhillips@bassberry.com |

*/s/ Angelo L. Rosa*
Angelo L. Rosa

**EXHIBIT A**
**TO**
**DECLARATION OF ANGELO L. ROSA**

**EXHIBIT B**
**TO**
**DECLARATION OF ANGELO L. ROSA**

**EXHIBIT C**
**TO**
**DECLARATION OF ANGELO L. ROSA**