Angelo L. Rosa (Idaho State Bar No. 7546)
ANGELO L. ROSA, ESQ.
2211 East Camelback Road, No. 301
Phoenix, Arizona 85016
Telephone: +1 (801) 440-4400
Fax: +1 (208) 515-2203
E-mail: arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>    Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>    Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br><br>**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S SECOND AMENDED OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

**NOTICE IS HEREBY GIVEN THAT:**

1. On 10 July 2020, Respondent/Counter-Petitioner, SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC ("SIASC") served its Second Amended Objections and Responses to Petitioner/Counter-Respondent, TWIN FALLS NSC, LLC's ("Twin Falls NSC"), First Set of Interrogatories and Requests for Production of Documents, in the form of supplemental document production, bearing Bates Nos. SIASC_POSTJDGMT_000086-0001110, by the method(s) and addressed as indicated below:

| | |
|---|---|
| W. Brantley Phillips, Jr.<br>Russell S. Baldwin<br>Allison W. Acker<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Ste. 2800<br>Nashville, TN 37201<br>bphillips@bassberry.com<br>rbaldwin@bassberry.com<br>allison.acker@bassberry.com | ☐ U.S. First Class Mail, Postage Prepaid<br>☐ Hand-Delivered<br>☐ Overnight Delivery<br>☐ Facsimile<br>☒ e-Mail<br>☐ Electronic Court Filing/Service |

Executed on 10 July 2020 at Paradise, Nevada:

*/s/ Angelo L. Rosa*
Angelo L. Rosa

**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S SECOND AMENDED OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** – Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| Scott D. Hess | sdhess@hollandandhart.com |
| Brant Phillips | BPhillips@bassberry.com |

                                              */s/ Angelo L. Rosa*
                                              Angelo L. Rosa