Angelo L. Rosa (ISB No. 7546)
ROSA PLLC
950 West Bannock Street, Suite 1100 | Boise, Idaho 83702
2211 East Camelback Road, No. 302 | Phoenix, Arizona 85016
Telephone:     +1 (801) 440-4400
Fax:              +1 (208) 515-2203
e-Mail:          arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>     Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>     Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br>**NOTICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>[F.R.C.P. 26(c)] |

PLEASE TAKE NOTICE THAT Respondent/Counter-Petitioner SOUTHERN IDAHO

AMBULATORY SURGERY CENTER, LLC ("SIASC") hereby submits its Motion for Protective

Order.

**NOTICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S
MOTION FOR PROTECTIVE ORDER -** Page 1

DATED:     10 July 2020       Respectfully Submitted,

For ROSA PLLC:

_____
Angelo L. Rosa
Attorney for Respondent/Counter-Petitioner
SOUTHERN    IDAHO    AMBULATORY
SURGERY CENTER, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Scott D. Hess                 sdhess@hollandandhart.com

Brant Phillips                BPhillips@bassberry.com


*/s/ Angelo L. Rosa*
Angelo L. Rosa