Angelo L. Rosa (ISB No. 7546)
ROSA PLLC
950 West Bannock Street, Suite 1100 | Boise, Idaho 83702
2211 East Camelback Road, No. 302 | Phoenix, Arizona 85016
Telephone: +1 (801) 440-4400
Fax: +1 (208) 515-2203
e-Mail: arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br>**SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>[F.R.C.P. 26(c)] |

Respondent/Counter-Petitioner SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC ("SIASC"), through its attorney, Angelo L. Rosa, hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order limiting post-judgment discovery to persons, information, and documents that are either (a) produced by SIASC in response to a specific request from Petitioner/Counter-Respondent TWIN FALLS NSC, LLC ("Twin Falls"); (b) obtained through demonstrably lawful means; and (c) publicly available, and for other and further relief as the Court deems just and proper.

**SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER -** Page 1

Good cause exists to grant this motion for the following reasons:

1. SIASC recently learned of a data breach by representatives of Twin Falls' parent company, AmSurg Holdings ("AmSurg")[1] into SIASC's secure online credentialing profile with the United States Department of Health and Human Services ("HHS"). *See* Declaration of Deborah Wensink, filed concurrently herewith. Gaining access to government databases without authorization of the "covered entity" health care provider is illegal under, *inter alia*, 18 U.S.C. § 1030(a)(2)(B). SIASC intends to fully investigate and pursue this data breach to the fullest extent allowed by law.

2. During the deposition of SIASC representative, Deborah Wensink in her individual capacity, certain examination questions prompted SIASC's counsel to obtain assurances as to the legality of information used during discovery before further deponents would be produced for examination. *See* Declaration of Angelo L. Rosa, filed concurrently herewith ("Rosa Decl."). The assurances were not forthcoming by the deadline identified by SIASC's counsel. *Id*.

3. Despite the broad reaching scope of permissible discovery in post-judgment proceedings, the data breach referenced above requires clear guidance from the Court in terms of what information can and cannot be discovered, as well as what can and cannot be used as a basis for deposition examination. Any direct or indirect use of information obtained illegally would condone that illegality, undermine due

---

[1] As established in the pleadings and exhibits on file with this Court, Twin Falls NSC is merely a shell company intended to hold the prior ownership interest in SIASC, with all affirmative conduct being taken in the name of AmSurg.

**SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER -** Page 2

process, and increase suspicion between parties in an already contentious matter. Thus, such use would be oppressive and overly burdensome to SIASC.

4. SIASC is not intentionally obstructing discovery in this matter, as evidenced by its agreement to voluntarily facilitate the deposition of its Administrator, Deborah Wensink, and its production of over one-thousand (1,000) pages of financial and operational documents. While intervening factors have delayed the progression of post-judgment discovery (*see* Declarations of Deborah Wensink and H. Peter Doble II, M.D. on file with the Court)—and despite the fact that this discovery only serves to confirm that SIASC and its parent entity The Surgery Center, PLLC have been suffering extreme financial hardships—SIASC continues its good faith efforts at compliance with post-judgment discovery obligations.

In support of its Motion for Protective Order, SIASC submits its Memorandum of Law in Support of Motion for Protective Order, Declaration of Deborah Wensink in Support of Motion for Protective Order, and Declaration of Angelo L. Rosa in Support of Motion for Protective Order, filed contemporaneously herewith.

DATED: 10 July 2020

Respectfully Submitted,

For ROSA PLLC:

_____
Angelo L. Rosa
Attorney for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Scott D. Hess                sdhess@hollandandhart.com

Brant Phillips              BPhillips@bassberry.com

                                            */s/ Angelo L. Rosa*
                                            Angelo L. Rosa