DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

Angelo L. Rosa (ISB No. 7546)
ROSA PLLC
950 West Bannock Street, Suite 1100 | Boise, Idaho 83702
2211 East Camelback Road, No. 302 | Phoenix, Arizona 85016
Telephone: +1 (801) 440-4400
Fax: +1 (208) 515-2203
e-Mail: arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br><br>**DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER** |

## DECLARATION OF DEBORAH WENSINK

I, Deborah Wensink, hereby declare and state as follows:

1. I am an individual over the age of eighteen and a resident of the County of Gooding, State of Idaho. I am not a party to this action. I am Center Administrator for Southern Idaho Ambulatory Surgery Center, LLC ("SIASC").

2. The purpose of this Declaration is (a) to authenticate the exhibits attached to this Declaration, which is filed in support of SIASC's Motion for Protective Order (the "Motion"); and (b) to attest to certain facts in support of the Motion. This Declaration is made on the basis of my own personal knowledge, except for those statements that are expressly predicated upon information and/or belief.

3. As part of my duties as Center Administrator for SIASC, I log on to a web site known as PECOS, the United States Department of Health and Human Services Center for Medicare and Medicaid Services Provider, Enrollment, Chain and Ownership System web site to change the SIASC company name, list any changes in ownership of the Surgery Center, and view SIASC's and The Surgery Center's Provider Transaction Access Numbers ("PTAN") when necessary.

4. I logged onto the web site roughly every two to three days from December of 2019 to February of 2020. I was on the web site this frequently because I was changing the surgery center name to The Surgery Center. I was checking to see if any further information was needed to do so, and whether the name change had been accepted. During that time, I never saw any users for SIASC listed on the Staff page of the website.

5. On July 1, 2020, I logged onto PECOS to verify The Surgery Center's PTAN. A message came up that my password had expired, and I was directed to the "Identity & Access

**DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**
- Page 2

Management" portion of the site. I clicked on the "My Staff" tab and noticed two persons listed as "Active Staff" for SIASC: an Amanda Rosson and an Ashley Stone, both with "amsurg.com" e-mail addresses. I took a screenshot of the page. *See* Screenshot of Identity & Access Management portion of PECOS web site dated July 1, 2020, attached and incorporated hereto as "Exhibit 1."

6. I do not know Amanda Rosson nor Ashley Stone of AmSurg Corporation. Neither person is authorized to access SIASC's information on PECOS.

7. I viewed the "My Staff" tab several times when I visited the PECOS web site between December 2019 and February 2020, and no "Active Staff" were listed. Thus, upon information and belief, Amanda Rosson and Ashley Stone gained access to SIASC's information sometime between February 1, 2020 and July 1, 2020.

8. On the same day, I deleted Amanda Rosson and Ashley Stone as SIASC PECOS users and contacted PECOS to determine how they had gained access to the site. A recording informed me that, due to COVID-19, questions must be e-mailed to PECOS. *See* Centers for Medicare & Medicaid Services Staff Change Notification Confirmations, dated July 1, 2020, attached and incorporated hereto as "Exhibit 2."

9. Also on the same day, I filled out a form on the PECOS customer support page and requested information on how the two unauthorized users gained access. However, because I had already deleted the users, the PECOS support person responded as follows:

> "I have checked the system and do not see what you are describing. Unrecognizable names can be due to a person who has authority on your behalf to edit or change data. This is commonly the billing, HR or credentialing group may have initiated the request. You should check with them first."

**DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**
- Page 3

*See* Screenshot of Centers for Medicare & Medicaid Services External User Services support center response from Dennis B., dated July 1, 2020, attached and incorporated hereto as "Exhibit 3."

10. No one from SIASC ever initiated a request to add Amanda Rosson or Ashley Stone of AmSurg Corporation as SIASC users on the PECOS web site.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10 July 2020 at Twin Falls, Idaho:

DocuSigned by:

*Deborah Wensink*
90AABA46422044D...

Deborah Wensink

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| Scott D. Hess | sdhess@hollandandhart.com |
| Brant Phillips | BPhillips@bassberry.com |

                                           */s/ Angelo L. Rosa*
                                           Angelo L. Rosa

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

**EXHIBIT 1
TO DECLARATION OF
DEBORAH WENSINK**

Subject: PECOS



DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

**EXHIBIT 2**
**TO DECLARATION OF**
**DEBORAH WENSINK**



-----Original Message-----
From: donotreply@cms.gov [mailto:donotreply@cms.gov]
Sent: Wednesday, July 01, 2020 11:10 AM
To: Debbie Wensink <dwensink@sawtoothsurgery.com>
Subject: Staff Change Confirmation Notification

This is to confirm that on 07-01-2020 01:09:44 PM, a change request was submitted for a staff user associated with your organization. This is to inform you that the request was successful and that an e-mail notification was sent to the affected staff user, per your request.

 Change Request Information:
   Requestor Role: Access Manager of SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC, Deborah Wensink
   Role: Staff End User, Amanda Rosson, -
   Date and Time of Change: 07-01-2020 01:09:44 PM
   Field Changed: Access Rights
   Old Values(s): Access
   New Values(s): Access Removed

Systems that currently accept I&A log in credentials:
Internet-based PECOS (https://pecos.cms.hhs.gov)

EHR Incentive Program (https://ehrincentives.cms.gov)

 NPPES (https://nppes.cms.hhs.gov)

 Please do not reply to this message via e-mail. This address is automated, unattended, and cannot help with questions or requests. If you have any questions, please contact the External User Services (EUS) Help Desk:
   External User Services (EUS) Help Desk
   PO Box 792750
   San Antonio, TX 78279
   1-866-484-8049
   EUSSupport@cgi.com

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

**Date : 7/9/2020 5:52:04 AM**
**From : "Debbie Wensink" dwensink@sawtoothsurgery.com**
**To : "Mary Amschel" msamschel@gmail.com**
**Subject : FW: Staff Change Confirmation Notification**

2nd confirmation

-----Original Message-----
From: Debbie Wensink
Sent: Wednesday, July 01, 2020 11:17 AM
To: Angelo L. Rosa
Subject: FW: Staff Change Confirmation Notification


-----Original Message-----
From: donotreply@cms.gov [mailto:donotreply@cms.gov]
Sent: Wednesday, July 01, 2020 11:12 AM
To: Debbie Wensink <dwensink@sawtoothsurgery.com>
Subject: Staff Change Confirmation Notification

This is to confirm that on 07-01-2020 01:11:33 PM, a change request was submitted for a staff user associated with your organization. This is to inform you that the request was successful and that an e-mail notification was sent to the affected staff user, per your request.

  Change Request Information:
    Requestor Role: Access Manager of SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC, Deborah Wensink
    Role: Staff End User, Ashley Stone, -
    Date and Time of Change: 07-01-2020 01:11:33 PM
    Field Changed: Access Rights
    Old Values(s): Access
    New Values(s): Access Removed

Systems that currently accept I&A log in credentials:
Internet-based PECOS (https://pecos.cms.hhs.gov)

EHR Incentive Program (https://ehrincentives.cms.gov)

 NPPES (https://nppes.cms.hhs.gov)

 Please do not reply to this message via e-mail. This address is automated, unattended, and cannot help with questions or requests. If you have any questions, please contact the External User Services (EUS) Help Desk:
   External User Services (EUS) Help Desk
   PO Box 792750
   San Antonio, TX 78279
   1-866-484-8049
   EUSSupport@cgi.com

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

**EXHIBIT 3
TO DECLARATION OF
DEBORAH WENSINK**

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433



**From:** EUS Support [mailto:eus@mailps.custhelp.com]
**Sent:** Wednesday, July 01, 2020 12:43 PM
**To:** Debbie Wensink
**Subject:** Staff End User [Incident: 200701-000745]

Thank you for contacting The Centers for Medicare & Medicaid Services (CMS) External User Services (EUS) support center.

Below is a summary of your request and our response. If this issue is not resolved to your satisfaction, you may reopen it within the next 14 days. Please contact us via phone, chat, email, or update your incident on the Customer Portal to have your issue re-opened.

Sincerely,

External User Services (EUS) Support Team
Chat with us
Support website: https://eus.custhelp.com
*To access your request from our support site, click here*

Subject

Staff End User

Response By Email (Dennis B.) (07/01/2020 01:43 PM CDT)

Good day Deborah ,

 I have checked the system and do not see what you are describing.  Unrecognizable names can be due to a person who has authority on your behalf to edit or change data.  This is commonly the billing, HR or credentialing group may have initiated the request.  You should check with them first.

If you have additional questions, you may contact us, we will be more than happy to assist you further.  You may also go to https://eus.custhelp.com as a source of information for frequently asked questions.

Thank You,

External User Services
PO Box 792750
San Antonio, Texas 78279

DocuSign Envelope ID: AC2F3CE3-382E-4A06-BC13-8D782FFBE433

Chat: https://eus.custhelp.com/app/chat/chat_launch
E-mail: EUSSupport@cgi.com
Phone: 1-866-484-8049/(TYY: 1-866-523-4759)
Hours of operation: Monday-Friday 6am to 6pm CST

**Question Reference # 200701-000745**

- Date Created: 07/01/2020 12:22 PM CDT
- Date Last Updated: 07/01/2020 01:43 PM CDT
- Status: Resolved