UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br><br>**ORDER GRANTING SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER** |

Respondent/Counter-Petitioner SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC's Motion for a Protective Order under Federal Rule of Civil Procedure 26(c), its Memorandum in Support of Motion for Protective Order, and the Declarations of Deborah Wensink and Angelo L. Rosa is Support of Motion for Protection Order having come before this Court pursuant to Notice on 10 July 2020,

It is **HEREBY ORDERED** that:

Respondent/Counter-Petitioner SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC Motion for a Protective Order is **GRANTED**, and **FURTHER THAT** Petitioner/Counter-Respondent TWIN FALLS NSC, LLC ("Twin Falls") may not use any information or materials in discovery unless such information and/or materials are (i) produced by SIASC in response to a specific request from Petitioner/Counter-Respondent TWIN FALLS NSC, LLC ("Twin Falls"), or (ii) publicly available.

IT IS FURTHER ORDERED THAT: _____

_____

_____

_____

_____

_____

**IT IS SO ORDERED.**

DATED: _____                    _____
                                          Judge of the District of Idaho

**ORDER GRANTING SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER -** Page 2

**CLERK'S CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 10 July 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| Angelo L. Rosa | arosa@rosacommerce.com |
| Scott D. Hess | sdhess@hollandandhart.com |
| Brant Phillips | BPhillips@bassberry.com |

 

_____
Clerk of the Court