Angelo L. Rosa (Idaho State Bar No. 7546)
ROSA PLLC
950 West Bannock Street, Suite 1100
Boise, Idaho 83702
Telephone:  +1 (208) 900-6525
Fax:  +1 (208) 515-2203
E-mail:  arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br>**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
|---|---|

**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** – Page 1

**NOTICE IS HEREBY GIVEN THAT:**

1. On 27 July 2020, Respondent/Counter-Petitioner, SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC ("SIASC") served its Objections and Responses to Petitioner/Counter-Respondent, TWIN FALLS NSC, LLC's ("Twin Falls NSC") Second Set of Interrogatories and Requests for Production of Documents; and

2. On 6 August 2020, SIASC served its Responses to Twin Falls NSC's Second Set of Requests for Production of Documents in the form of document production, bearing Bates Nos. SIASC_POSTJDGMNT_001111-001879, by the method(s) and addressed as indicated below:

| | |
|---|---|
| W. Brantley Phillips, Jr.<br>Russell S. Baldwin<br>Allison W. Acker<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Ste. 2800<br>Nashville, TN 37201<br>bphillips@bassberry.com<br>rbaldwin@bassberry.com<br>allison.acker@bassberry.com | ☐ U.S. First Class Mail, Postage Prepaid<br>☐ Hand-Delivered<br>☐ Overnight Delivery<br>☐ Facsimile<br>☒ e-Mail / Electronic Upload<br>☐ Electronic Court Filing/Service |

Executed on 6 August 2020 at Phoenix, Arizona:

*/s/ Angelo L. Rosa*
Angelo L. Rosa

**NOTICE OF SERVICE OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S OBJECTIONS AND RESPONSES TO TWIN FALLS NSC'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** – Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 6 August 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Scott D. Hess           sdhess@hollandandhart.com

Brant Phillips          BPhillips@bassberry.com


                                                   */s/ Angelo L. Rosa*
                                                   Angelo L. Rosa