Angelo L. Rosa (ISB No. 7546)
ROSA PLLC
950 West Bannock Street, Suite 1100 | Boise, Idaho 83702
2211 East Camelback Road, No. 302 | Phoenix, Arizona 85016
Telephone:     +1 (801) 440-4400
Fax:               +1 (208) 515-2203
e-Mail:           arosa@rosacommerce.com

Attorneys for Respondent/Counter-Petitioner
SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN FALLS NSC, LLC, a Tennessee limited liability company,<br><br>　　　　Petitioner/Counter-Respondent,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC, an Idaho limited liability company,<br><br>　　　　Respondent/Counter-Petitioner. | Case No. 1:19-cv-00009-DCN<br><br><br>**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER** |

**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

# DECLARATION OF DEBORAH WENSINK

I, Deborah Wensink, hereby declare and state as follows:

1.      I am an individual over the age of eighteen and a resident of the County of Gooding, State of Idaho.  I am not a party to this action.  I am Center Administrator for Southern Idaho Ambulatory Surgery Center, LLC ("SIASC").

2.      The purpose of this Declaration is (a) to authenticate the exhibits attached to this Declaration, which is filed in support of SIASC's Reply to Twin Falls' Response to Motion for Protective Order (the "Motion"); and (b) to attest to certain additional facts in support of the Motion, including facts discovered since the Motion was filed.  This Declaration is made on the basis of my own personal knowledge, except for those statements that are expressly predicated upon information and/or belief.

3.      As part of my duties as Center Administrator for SIASC, I log on to a web site known as "PECOS": the United States Department of Health and Human Services Center for Medicare and Medicaid Services Provider, Enrollment, Chain and Ownership System to change the SIASC company name, list any changes in ownership of the Surgery Center entity, and view SIASC's and The Surgery Center's Provider Transaction Access Numbers ("PTAN") when necessary.

4.      The I&A site has three levels of users: Authorized Officials ("AOs"), Access Managers ("AMs"), and Staff End Users ("SEUs").  AOs are "[a]n appointed official of an Organizational Provider or 3rd Party Organization with the authority to legally bind that organization and conduct business on behalf of the organization."  They are "[a]ble to initiate or

**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

accept surrogacy connections, and manage staff on behalf of his or her organization." *See* Identity & Access System Quick Reference Guide, p. 4, attached and incorporated hereto as "Exhibit A."

5.     AMs are "individual[s], delegated by the Authorized Official of an Organizational Provider or 3rd Party Organization, with the authority to legally bind the organization and conduct business on behalf of the organization." They are "[a]ble to initiate or accept surrogacy connections, and manage staff on behalf of his or her organization." *See id*. I am the AM for SIASC on the site.

6.     SEUs are "individual[s] (e.g., Credentialing Specialist, Office Manager, etc.) who [have] been approved by an Authorized Official or an Access Manager of an Organizational Provider or 3rd Party Organization, or who has been approved by an Individual Provider, as an employee of that Organization, or is employed by that Provider. An employee of an Individual Provider or Organizational Provider that is authorized to access, view, and modify information within a CMS computer systems on behalf of their employer." *See id*. at 5. SEUs must be invited to join the site by an AO or an AM. *See id*. at 17.

7.     As stated in my original Declaration in Support of SIASC's Motion for Protective Order, dated July 10, 2020, on file with the Court: I logged on to the PECOS site on July 1, 2020 and noted two unauthorized "Staff End Users" listed on the site from Twin Falls' parent company, AmSurg Holdings on the site's Identity & Access ("I&A") portal. Users must register on the I&A portal to access three United States government websites: PECOS, the National Plan & Provider Enumeration System ("NPPES"), and Electronic Health Records ("EHR"). SIASC uses the first two sites, PECOS and NNPES. These unauthorized users were **not** listed as users on the site when

**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

-     Page 3

I had last logged in during the month of February 2020: approximately twenty-six months after AmSurg's ownership interest in SIASC concluded.

8.    I deleted both users the same day.  *See* Wensink Decl. at ¶ 8.

9.    **This left no Staff End Users on the I&A portal as of July 1, 2020**.

10.    To my shock and surprise, after AmSurg had been warned of illegal incursions and since SIASC filed its Motion for Protective Order, I logged into the site again on August 5, 2020 and found two **newly added** Staff End Users, again from AmSurg: a Jessica Barbee and a Chelsea Fisher.  I did not invite either person to join the site.  Neither party contacted SIASC to request access privileges or to notify SIASC of its intention to gain access to the portal.  Proof of this repeated and new incursion is attached and incorporated hereto: *See* Screenshot of I&A portion of the NPPES web site, dated August 5, 2020, attached and incorporated hereto as "Exhibit B."

11.    Since I deleted the two, prior, unauthorized AmSurg Staff End Users on July 1, 2020 and no other Staff End Users were listed on the site on that date, both of these users must have been added between July 1, 2020 and August 5, 2020.

12.    On August 5, 2020, I also noted three Authorized Officials for SIASC on the I&A site.  Each AO was also from AmSurg: Alta Whisnant, Alina Logan, and Wendel Wainner.  Ms. Whisnant and Ms. Logan are known to me from when AmSurg managed SIASC.  However, Wendel Wainner is unknown to me.  *See* Screenshot of Authorized Officials dated August 5, 2020, attached and incorporated hereto as "Exhibit C."

13.    Further, as of July 31, 2018, there were only two AOs on the I&A site: Ms. Whisnant and Ms. Logan.  *See* Screenshot of I&A Authorized Officials dated July 31, 2018,

**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

attached and incorporated hereto as "Exhibit D." This information suggests that Mr. Wainner must have gained access to the site as an AO some time after July 31, 2018.

14.     AmSurg departed from its management of, and its legal relationship with, SIASC on December 26, 2017.  Therefore, no AmSurg employee should have had access to SIASC's information after that date.  Yet Mr. Wainner gained access to the sites **seven months after AmSurg's departure from SIASC**.  Further, no person affiliated with SIASC ever authorized Mr. Wainner to access the SIASC's information on the PECOS or NPPES web sites.

15.     I am the only person authorized by SIASC to access its information on the PECOS or NPPES sites.  I have never authorized anyone to use the sites, nor added a user – from AmSurg or otherwise – to the site.  Thus, someone from outside SIASC has added the unauthorized users.  All unauthorized users were affiliated with AmSurg.  AmSurg has no authority, or entitlement to gain access to this information.

16.     Although AmSurg's access to this information can be used to verify facts sought in discovery to collect on its judgment, unauthorized access is, upon information and belief, illegal.


Executed on 10 August 2020 at Twin Falls, Idaho:


Deborah Wensink




**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on 10 August 2020 I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Scott D. Hess          sdhess@hollandandhart.com

Brant Phillips          BPhillips@bassberry.com

*/s/ Angelo L. Rosa*
Angelo L. Rosa

**SUPPLEMENTAL DECLARATION OF DEBORAH WENSINK IN SUPPORT OF SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC'S MOTION FOR PROTECTIVE ORDER**

**EXHIBIT A**
**TO SUPPLEMENTAL DECLARATION OF**
**DEBORAH WENSINK**

# I&A System Quick Reference Guide Table of Contents

## Contents

I&A System Quick Reference Guide Table of Contents .................................................................. 1

I&A Features ................................................................................................................................... 3

    Create an Account ......................................................................................................................3

    Retrieve and Reset Forgotten Usernames and Passwords .......................................................3

    Unlock an Account .....................................................................................................................3

    Register to access CMS Systems on behalf of your Organization ..............................................3

    Add and Manage Staff within your Organization .......................................................................3

    Work in CMS Systems on behalf of Individual or Organizational Providers ...............................3

    Registering/Updating Information in the Identity & Access Management (I&A) System ............3

    Connections in the Identity & Access Management (I&A) System .............................................4

What Type of User are You? ........................................................................................................... 4

    Individual Provider/Supplier .....................................................................................................4

    Organizational Provider .............................................................................................................4

    3rd Party Organization .................................................................................................................4

    Authorized Official (AO) .............................................................................................................4

    Access Manager (AM) ................................................................................................................4

    Staff End User (SEU) ..................................................................................................................5

    Surrogate ...................................................................................................................................5

What You Can Do? .......................................................................................................................... 5

Examples - Setting Up Your Account and Gaining Provider Access ................................................. 6

    Create Your Account ..................................................................................................................6

    Forgotten Password or Account Locked due to Invalid Password Attempts .................... 19

    Retrieve Forgotten User ID ................................................................................................ 23

    Logging into I&A with MFA ................................................................................................. 24

    Account is MFA (Multi-Factor Authentication) Locked ...................................................... 29

    Register as an Authorized Official, Access Manager or Staff End User for your employer ................. 31

    How to Setup Your Account if you are a Sole Owner .......................................................... 38

    How to Initiate a Connection (Surrogate) Request to a Provider ....................................... 40

How to Approve/Reject a Surrogacy Connection Request .......................................................................... 48

How to Manage your Employees and Their Access ................................................................................... 53

    How to view a staff user's access ..................................................................................................... 53

    How to Modify a staff user's access .................................................................................................. 54

    How to approve staff user requests .................................................................................................. 59

    How to Invite a Staff Users ............................................................................................................... 60

How New I&A Users Register from a Staff End Users (SEU) or Access Manager (AM) Invitation....................... 67

How an Existing I&A User Responds to a Staff End Users (SEU) or Access Manager (AM) Invitation ............... 70

How to Cancel an Employer Request ....................................................................................................... 72

How to Cancel a Pending Employer Role Change  Request ........................................................................ 73

How to Disassociate from Your Employer ................................................................................................ 74

How to Retrieve Forgotten User ID when logging into PECOS ................................................................... 77

How to Reset a Forgotten Password For a User Who Has Not Completed His/Her User Information Security Check when logging into PECOS ............................................................................................................. 85

How to Upload Documents ..................................................................................................................... 94

Examples - Common Connection/Surrogate Scenarios ............................................................................. 99

    Example #1: Individual Provider approves Group Practice to manage his information ..................................... 99

    Example #2: Organizational Provider hires 3rd Party Organization to manage their enrollments.................... 100

    Example #3: Group Practice hires 3rd Party Organization to manage their information ................................. 101

    Example #4: Individual Provider adds Office Manager granting access to manage his information ................ 102

    Example #5: Individual Provider Hires 3rd Party Organization to manage his information............................... 103

Appendix A - Acronyms, Key Terms, and Definitions ................................................................................ 104

# *I&A Features*

The recent updates have streamlined access when it comes to managing your information in NPPES, PECOS, and HITECH. **If you accessed any of these systems prior to October 7th 2013, your existing account will still work just as it did previously, and has been updated to take advantage of the new features.**

## Create an Account

Depending on the type of user you are, and how you have setup your account, I&A will allow you to access various CMS computer systems such as NPPES, PECOS, and HITECH and perform actions such as creating an NPI or updating Medicare Enrollment information.

## Retrieve and Reset Forgotten Usernames and Passwords

All Users will have the ability to retrieve forgotten user IDs and reset forgotten passwords through the online tools, rather than contacting CMS External Users Services (EUS).

## Unlock an Account

Users who lock their account by incorrectly entering the User ID and/or Password will have the opportunity to unlock their account through the online tools, rather than contacting CMS External User Services (EUS).

## Register to access CMS Systems on behalf of your Organization

Authorized Officials and Access Managers will be able to add their Organization as an employer in I&A, in order to access PECOS or HITECH on behalf of their Organization, or so their 3rd Party Organization can work on behalf of Providers.

## Add and Manage Staff within your Organization

I&A allows Authorized Officials and Access Managers to add and remove Staff from their Organization, and control the functions accessible to those staff.

## Work in CMS Systems on behalf of Individual or Organizational Providers

I&A allows its users to quickly and securely manage connections between Individual Providers or  Organizational Providers, and their relationships with Surrogates who work on their behalf.

***IMPORTANT NOTE:***
**Registering/Updating Information in the Identity & Access Management (I&A) System**

*Registering or updating information in the I&A system does not automatically enroll you in Medicare, register you for an NPI, or perform any other actions or updates in the PECOS, NPPES, or HITECH systems.*

*If you created your account prior to October 7th 2013, and the information shown under your profile information, employers, or connections is not accurate please see the Frequently Asked Questions (FAQ) for more information on how to update your information.*

## Connections in the Identity & Access Management (I&A) System

*Group Practices or any other Organization who act on behalf of Providers as Surrogates, and have 1,000 or more Connections to Individual Providers (IPs) in the Identity & Access Management (I&A) system may experience an issue when attempting to access records for these providers in NPPES, PECOS, or HITECH (R&A).  Until a fix can be implemented you can avoid any issues by reducing the number of IPs that any one Staff End User within your Organization has connections to within I&A. If a user acts on behalf of 1,000 or less IPs they should not have any issues accessing records within NPPES, PECOS, or HITECH(R&A).*

# <u>What Type of User are You?</u>

Review the terms.  Which term best defines you and your organization? Depending on your situation it may change.

## Individual Provider/Supplier

- An individual that provides services to Medicare beneficiaries and submits claims to Medicare and/or reassigns benefits to an **Organizational Provider** (such as a group practice or hospital) that submits claims to Medicare on their behalf (e.g., Provider working for a Group Practice, or Solo Provider).
- Must have or be eligible for a Type 1 NPI in NPPES.

## Organizational Provider

- An Organization that provides medical items and/or services to Medicare beneficiaries (e.g., DMEPOS Supplier, Physician Group Practice, Hospital, etc.) that submits claims to the Medicare Part A and/or Part B programs
- Must have or be eligible for a Type 2 NPI in NPPES.

## 3rd Party Organization

- A third-party organization (e.g., billing agency, credentialing consultant, or other staffing company) that has business relationships with **Individual Providers** or **Organizational Providers** to work on their behalf.

## Authorized Official (AO)

- An appointed official of an **Organizational Provider** or **3rd Party Organization** with the authority to legally bind that organization and conduct business on behalf of the organization. If an **Organizational Provider**, also ensure the organization's compliance with Medicare statutes, regulations and instructions.
- Able to initiate or accept surrogacy connections, and manage staff on behalf of his or her organization.

## Access Manager (AM)

- An individual, delegated by the Authorized Official of an **Organizational Provider** or **3rd Party Organization**, with the authority to legally bind the organization and conduct business on behalf of the organization. If an **Organizational Provider**, also ensure the organization's compliance with Medicare statutes, regulations and instructions.
- Able to initiate or accept surrogacy connections, and manage staff on behalf of his or her organization.

## Staff End User (SEU)

- An individual (e.g., Credentialing Specialist, Office Manager, etc.) who has been approved by an Authorized Official or an Access Manager of an **Organizational Provider** or **3rd Party Organization,** or who has been approved by an **Individual Provider**, as an employee of that Organization, or is employed by that Provider.
- An employee of an **Individual Provider** or **Organizational Provider** that is authorized to access, view, and modify information within a CMS computer systems on behalf of their employer

## Surrogate

- An **Organizational Provider** that has a business relationship with an **Individual Provider** to access, view, and modify information within CMS computer systems on their behalf;

**OR**

- A **Third-Party Organization** that has a business relationship with an **Individual Provider** or **Organizational Provider** to access, view, and modify information within CMS computer systems on their behalf.

# *What You Can Do?*

| Role | Represent an Organization | Manage Staff | Approve/Manage Connections | Act on behalf of a Provider in CMS systems |
|------|---------------------------|--------------|----------------------------|--------------------------------------------|
| Individual Provider | Yes | Yes | Yes | Yes |
| Authorized Official | Yes | Yes | Yes | Yes |
| Access Manager | Yes | Yes | Yes | Yes |
| Staff End User | No | No | No | Yes |
| Surrogate | No | No | No | Yes |

# *Examples - Setting Up Your Account and Gaining Provider Access*

## Create Your Account

If you have received an <u>Invitation E-mail containing a PIN and you don't yet have an I&A account</u>, follow the instructions in section ***How New I&A Users Register from a Staff End Users (SEU) or*** Access Manager (AM) Invitation.

If you have received an <u>Invitation E-mail containing a PIN and you already have an I&A account</u>, follow the instructions in section ***How an Existing I&A User Responds to a Staff End Users (SEU) or*** Access Manager (AM) Invitation ***Access Manager (AM)***.

1. select **Create Account Now** button or select the register link on the I&A login and you will be navigated to the User Registration page.



2. Enter your email address and the text seen in the image on the User Registration page. If you have trouble seeing the image you can either select the Listen to Audio link or select the

 icon to have the image refreshed.

Once you have successfully entered the required data, select the ***Submit*** button



3. Enter the required data on the User Security page and select the ***Continue*** button.
   Security Questions and Answers cannot be duplicated. You must select 5 different questions, each having a unique answer (different from the other 4 answers).



4. Enter the required data on the User Information page and select the ***Continue*** button.



5. The system will attempt to standardize your address to meet USPS standards. If the standardized address is different from what you entered. The system will alert you. We encourage you to use the standardized address unless it is incorrect.



6. You will be required to set up at least one Multi-Factor Authentication (MFA) method. And will be given the option to set up a second (alternative) method. Select your Primary Authentication Method from the dropdown list and select *Continue*.





7. If you select E-mail Address, the e-mail address will be pre-populated with your primary e-mail address you entered when you started registration, however you may change it.



If you select Phone Number Text/SMS, you must enter your 10 digit phone number.



If you select Phone Number Voice Call, you must enter your 10 digit phone number, and have the ability to enter an extension.



8. Enter the code you receive and select **Verify Code.**
   If for some reason you do not receive a code, select the **Resend E-mail** (**Resend Text/SMS** or **Call Again**) button to have a new code sent to you. If you need to change your method or update your e-mail addresses (Phone Number, if you selected Text/SMS or Voice Call) select the **Back to Setup Page** link to start the set up again.



If you selected Phone Number Text/SMS, you will see the following on the verification page



If you selected Phone Number Voice Call, you will see the following on the verification page



9. Your Primary MFA Method was successfully set up.  You may now choose to either set up an alternative (second) method, or Complete your registration.



10. Your registration is complete, select the ***Continue to Home page*** button to be navigated to your I&A Home page.



11. You have successfully created your I&A account.





**Forgotten Password or Account Locked due to Invalid Password Attempts**

Your account will be locked if you incorrectly entered your User ID and/or Password three times. When this happens you will receive the following error message and will have the opportunity to unlock your account online by resetting your Password.

> ⚠ Attention: This user account is locked. Please select Forgot Password to unlock your account.

1. Select the **Forgot Password** hyperlink within the error message or below the **Sign In** button on the I&A Sign In page.

2. On the Reset Forgotten Password – User ID page, enter the User ID associated with locked account and select the **Continue** button.



3. On the <u>Reset Forgotten Password – Challenge Information</u> page, you have the choice of either entering the User Information associated with your locked account or answering three of your Security Questions. Enter the data and select the appropriate **Continue** button.



4. On the <u>Reset Password</u> page, enter your new password and select the **Reset** button.
The Password Compliance section of the Reset Password page will aid you in creating your new password. When the compliance is met, you will see a green checkmark next to the compliance. When compliance is not met, you will see a red X.



Be sure to view the list of valid special characters by hovering your cursor over "valid special character"



5. When you receive the <u>Reset Forgotten Password – Confirmation</u>, you will have successfully unlocked the account without involving EUS.  You can then select the **Continue to Login Page** button to login to I&A <u>or</u> navigate to the NPPES/PECOS/EHR system and login.



**Retrieve Forgotten User ID**

- o On the <u>I&A Sign In page</u> select the **Retrieve Forgotten User ID** hyperlink.
- o On the <u>Retrieve Forgotten User ID - Information</u> page, you can chose to enter your *E-mail Information* OR *User Information* associated with your account and then select the **Continue** button.
- o When you choose to enter your *E-mail Information*, on the <u>Retrieve Forgotten User ID - Confirmation</u>, you will see that your user ID has been sent to the e-mail address provided. Select the **Continue to Login Page** button to continue.
- o When you choose to enter User Information associated with your account, on the <u>Retrieve Forgotten User ID - Confirmation</u> page, you will see the user ID associated with your user information. Select the **Continue to Change Password** button to continue.
- o On the <u>Reset Password</u> page, enter your new password and select the **Reset** button.
- o On the <u>Reset Forgotten Password - Confirmation</u> page, you will see that your password has been reset. Select the **Continue to Login Page** button to continue. You will also receive a confirmation e-mail informing you that your password has been changed.

  See an example screen shot of the Retrieve Forgotten User ID - Information page below



## Logging into I&A with MFA

1. First you enter your User ID and Password, and select the **Sign In** button.



2. Then you select which MFA methods you wish to use authenticate. If you have only defined/set up one, then you will only have one choice. Select the **Send Verification Code** button to have your code sent to your selected device.



3. You will then be asked if you are logging into the system on a Public or Private device. If you are using a private device, and you agree to let the system store a cookie on your device browser, you will be able to bypass MFA when logging into I&A for the next 24 hours.
   Enter your code and select the **Verify Code** button.  If you are having trouble getting the code or need a new code sent, select the **Send New Code** button.



4. If you select **Private Device** you will see the following pop-up window. If you give your consent to allow the system to store a cookie on you device browser, you will be able to bypass MFA when logging into I&A for the next 24 hours.



## Account is MFA (Multi-Factor Authentication) Locked

Your account will become MFA locked if you fail to correctly enter your MFA code before exhausting you maximum number of attempts. When this happens, you will navigated to the <u>Multi-Factor Authentication (MFA) – Locked</u> page where you need to select the **Reset/Unlock MFA** button.

1. You will then be navigated to the <u>Reset/Unlock Multi-Factor Authentication (MFA) - Challenge Information</u> page where you have the choice of either entering the User Information associated with your locked account or answering three of your Security Questions.  Enter the data and select the appropriate Continue button.



2.  If you enter the correct information, you will be navigated to the <u>Reset/Unlock Multi-Factor Authentication (MFA) – Confirmation</u> page.  Here you will be able to modify (delete existing and/or add new) your MFA method setup and/or **Proceed to Log into I&A**.



## Register as an Authorized Official, Access Manager or Staff End User for your employer

Once you have created your I&A account by following the instructions outlined in the ***Create Your Account*** section of this document, you can request to be an Authorized Official or an Access Manager for your organization.

1. Log in to your I&A account.

2. On the **Home** tab please read the "*Are you responsible for an Organization?*" paragraph. It will instruct you to select the My Profile tab



3. On the **My Profile** tab, scroll to the bottom of the page - under Employer Information - and select the **Add an Employer** button.



4. On the <u>My Profile - Add Employer Search</u> page, enter criteria to search for your employer and select the **Search** button. (NPI Search is recommended for Organizational Providers with an existing NPI.)



5. If your Employer is returned in the search, select the Employer from the list by selecting on the radio button next to the employer.

- NOTE: If your Employer is not found in the Search, select the **Add Employer Not in List** button. Enter all of the required fields; select the e-mail address that you wish to use for the Employer.



**6.** Once you select on the radio button, the page will expand so that you can select the role you are requesting for this employer:
- **Authorized Official** (signatory for your organization authorized to legally bind the organization in agreements)
- **Access Manager** (managing users, updating account information for your provider/organization
- **Staff End User** (working in approved CMS applications for your provider/organization)



7. Depending on the Role selection you make the page will further expand.
Authorized Officials must attest to being an Authorized Official for your employer by checking the checkbox.



Access Manager and Staff End Users must enter the required information about an Authorized Official for your employer.



8. On the <u>My Profile - Add Employer - Confirmation and Review</u> page, review the actions you will need to take in order to be approved as the Authorized Official, Access Manager, or Staff End User and select the **Done** button.    A confirmation email will be sent to you.

- If you are already listed as the Authorized Official or an Access Manager for an Organizational Provider, which is currently enrolled in Medicare then your application should be approved immediately.

- If your Organization is not currently enrolled, not eligible to enroll, or you are not already listed as an AO or AM for an enrolled Medicare Provider you will be required to submit verification information to CMS External Users Services for review before you can be approved.

  o The verification documents can be uploaded on the **Add Employer ▸ Confirmation and Review** page



**If you are requesting to be an Authorized Official:**

- You must submit to the EUS help desk a copy of the CP 575 [or approved alternate] for the organization for which you have requested to work on behalf of as an Authorized Official (To help

expedite your request please write the I&A Tracking ID on the copy of the CP 575 you submit to EUS).

- You will receive an e-mail from EUS when your request has been processed.

**If you are requesting to be an Access Manager:**

You MUST complete Option A or Option B below before your registration to act on behalf of the Organization below will take effect in CMS applications.

- **OPTION A:**
  Print, Sign and Submit to CMS the <u>Access Manager Certification</u> for this request, along with the CP 575 <u>[or approved alternate]</u>issued by the IRS for the Organization for which you are requesting to be an Access Manager.

- **OPTION B:**
  Please have an existing Authorized Official for this Organization approve your request by logging in to this system.

**If you are requesting to be a Staff End User:**

You MUST complete Option A or Option B below before you can act on behalf of the Organization in CMS applications.

- **OPTION A:**
  Please have an existing Authorized Official for this Organization approve your request by logging in to the I&A system.

- **OPTION B:**
  If you are only trying to gain access to your organization's Type 2 NPIs in NPPES, you can contact the NPI Enumerator for assistance.

9.  You can track your employer request status at the bottom of your **My Profile** tab.

<u>**Important Note:**</u> Once your Authorized Official/Access Manager request is approved, please wait up to 2 hours for your account to synchronize before attempting to access the HITECH system.

## How to Setup Your Account if you are a Sole Owner

<u>Note:</u> As a Sole Owner you have both an Individual Provider NPI (Type 1 NPI) and an Organization NPI (Type 2 NPI).  If you have not applied for your NPIs, please do so before continuing with the I&A steps below.   As a Sole Owner you must include both NPIs, Type 1 and Type 2, on your **My Profile** tab under the Employer Information section.  Below are additional details on this setup.

1. Log in to your I&A account with your Type 1 user ID and password.

2. On the **My Profile** tab scroll to the bottom of the page.  Under Employer Information section you will be listed as the Authorized Official of yourself (your Type 1 NPI).

3. Next, add your Type 2 NPI under the Employer Information section.  To do so, select the **Add an Employer** button under the **Employer Information** and follow the instructions outlined in the "***Register as an Authorized Official, Access Manager, or Staff End User for your employer***" section of this document to register as the Authorized Official of your Organization

4. You can track your Authorized Official request status at the bottom of your **My Profile** tab.

Employer Information section of the **My Profile** tab with the employers collapsed

| Employer ▾ | My Role with this Employer ▾ | My Status with this Employer ▾ | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| ⊞ Cox Pharmacy | Authorized Official | Pending Approval Tracking Id A61712555 | YES | YES | YES |
| ⊞ Cox, Aaron | Authorized Official | Approved | YES | YES | YES |

Employer Information section of the **My Profile** tab with the employers expanded



**Important Note:** Once your Authorized Official request is approved, please wait up to 2 hours for your account to synchronize before attempting to access the HITECH EHR system.

**How to Initiate a Connection (Surrogate) Request to a Provider**

1. As an Authorized Official/Access Manager, log in to your I&A account
2. On the **My Connections** tab, select the employer that you are going to create a surrogacy connection for by selecting the ⊞ (plus sign icon) next the employer name.



- To request to have your employer work on behalf of a provider select the **Find Provider** button
- To request to an organization to work on behalf of your Provider Organization, select the **Add Surrogate** button
  - NOTE: if you employer does not have an Active NPI, the **Add Surrogate** button will not display



3. On the Add Provider/Add Surrogate screen, enter either the search criteria and select the **Search** button



4. Under the section "Search Results", select radio button next to the provider's name. This expands the screen so that you can select the business functions you would like to access on behalf of the provider. Select the checkbox next to PECOS/EHR/NPPES and select the **Continue** button



5. On the **Add Provider Confirmation** page (Add Surrogate Confirmation page if you are adding a surrogate), review the information on the page for accuracy. If you wish to receive a copy of the connection request e-mail notification that will be sent to the provider, enter your e-mail address in the Additional E-mail Address field. Select the **Submit** button to move forward with the request.



NOTE: Once you select the Submit button an e-mail will be sent to the provider/surrogate, and a copy will be sent to the e-mail address entered in the Additional E-mail Address field, notifying him/her of your surrogacy connection request.  Please also note that you <u>have not completed</u> the connection request steps until you select the **Done** button at the bottom of the **Add Provider ▶ Review** / **Add Surrogate ▶ Review** page seen below.

6. On the **Add Provider** ▸ **Review** or **Add Surrogate** ▸ **Review** page you will see a summary of your connection request.



Note: Once you have successfully created your surrogacy connection requests, the request must be approved before the surrogate can work on behalf of the provider in the requested systems.

If a surrogate initiates a Connection Request to an Individual Provider, the surrogate has the option of printing out the **Optional Surrogacy Confirmation** (link to the form is on the top of the page) and have the Provider sign the form, then upload the form along with the additional required documents, to have EUS approve the connection request on the Provider's behalf.
For more information about Uploading Documents see section How to Upload Documents





7. After you select the **Done** button you will be returned to the **My Connections** tab where you will now see the newly added Provider.



8. If you select the ⊞ icon next to the provider's name, you will see the business functions and status of each surrogacy connection request associated with Provider.



<u>Note:</u>  Once you have created a Surrogacy Connection to an Individual Provider requesting to work on behalf of the provider, you can access the Optional Surrogacy Confirmation form from the **Connection Detail** page by selecting the *Tracking ID* on the **My Connections** tab.



**How to Approve/Reject a Surrogacy Connection Request**

After the provider/surrogate receives the connection request e-mail, an Authorized Official of Access Manager for the Provider or Organization can take the following steps to approve/reject the request.

1. Log in to I&A

   a. if the user does not already have an account see section Create an Account

   b. if, once logged into I&A if the user is not an Authorized Official or an Access Manager for the health care provider, see section Register as an Authorized Official, Access Manager or Staff End User for your employer

   If the user is an approved Authorized Official or Access Manager for the Provider or Surrogate organization that did not initiate the surrogacy request, the user can Approve/Reject pending surrogacy connection requests from either the Home tab or via the My Connection tab.

2. To *Approve* or *Reject* pending Connections via the **Home** tab, select the Business Function(s) you wish to Approve or Reject and then select the appropriate button (**Approve All Selected** or **Reject All Selected**).

   Note: There is a separate check box for each Business Function for each provider/surrogate



3. To *Approve* or *Reject* pending Connections via the My Connections tab,
   a. expand the employer by selecting the ⊞ next to the employer name



b. then expand the Provider and/or Surrogate by selecting the  next to the Provider or Surrogate name.

Cox Pharmacy

**Cox Pharmacy is a surrogate for the following providers:**

Cox Pharmacy has been authorized to work on behalf of the Individual Provider(s) or Healthcare Organization(s) listed below. Use the Find Provider button below to initiate a request to work on behalf of a Provider or Organization not listed here.

**Find Provider**

| Name | NPI | Tracking ID | Business Function | Access Status |
|------|-----|-------------|-------------------|---------------|
| Man, Jack Lynn | 1609156447 | S7724784 | PECOS | Pending |
| | | S7724785 | EHR Incentive Program | Pending |
| | | S7724786 | NPPES | Pending |
| SNOW, JON | | | | |

**Cox Pharmacy has authorized the following surrogates:**

The following Individual(s) or Organization(s) have been authorized to work on behalf of Cox Pharmacy Use the Add Surrogate button to initiate the process of authorizing an Individual or Organization to work on behalf of Cox Pharmacy.

**Add Surrogate**

| Name | Tracking ID | Business Function | Access Status |
|------|-------------|-------------------|---------------|
| Doe, John | | | |
| Eye Care, PC | | | |
| trussell pharmacy | S7724781 | PECOS | Pending |
| | S7724782 | EHR Incentive Program | Pending |
| | S7724783 | NPPES | Pending |

c. select the Tracking ID next to the Business Function you wish to Approve or Reject

| Name | NPI | Tracking ID | Business Function | Access Status |
|------|-----|-------------|-------------------|---------------|
| ⊟ Man, Jack Lynn | 1609156447 | S7724784 | PECOS | Pending |
| | | S7724785 | EHR Incentive Program | Pending |
| | | S7724786 | NPPES | Pending |

    d.  you will be navigated to the **Connection Detail** page where you can select the Approve or Reject button next to the pending surrogacy connection you with to Approve/Reject



| Home | My Profile | My Connections | My Staff |

**My Connection ▶ Connection Detail**                                  « Back to Previous Page

**Provider Details**

**Name:** Jack Man
View Other Name(s)

**Doing Business As (DBA):**

**Business Mailing Address:** 4818 Shepherd Dr
Suite B6

**City:** STERLING

**State:**

**ZIP Code:** 20164

**E-mail Address:**

**Phone:** 703-430-3980

**NPI:** 1609156447

**Business Functions Details**                          Optional Surrogacy Confirmation

| Business Function | Requested Date | Access Status | Tracking ID | Available Actions |
|---|---|---|---|---|
| PECOS | 07/31/2019 | Pending | S7724784 | Approve Reject |
| EHR Incentive Program | 07/31/2019 | Pending | S7724785 | Approve Reject |
| NPPES | 07/31/2019 | Pending | S7724786 | Approve Reject |

**Document Management:**

You can upload, view, and delete documents. You can also view, add, and delete comments related to the uploaded documents

⊕ More information about Uploaded Documents

**0 of the total required 3 documents for completion have been uploaded.**

| File Name | Document Type | Comments | Date Added | Actions |
|---|---|---|---|---|

Add a Document

**NPI(s) Associated with this Provider:**

| Provider Name | Doing Business As | NPI | Business Mailing Address |
|---|---|---|---|
| Jack Man | | 1609156447 | 4818 Shepherd Dr, Suite B6 STERLING, VA 20164 |

**Notes**

| Date | Account Activity | Note |
|---|---|---|
| 07/31/2019 | Access to PECOS was requested. | |
| 07/31/2019 | Access to NPPES was requested. | |
| 07/31/2019 | Access to EHR Incentive Program was requested. | |

e.   you will then be asked to confirm your action



Or if you are rejecting a request



f.   repeat this process until each connection is approved or rejected.

## How to Manage your Employees and Their Access

Note: Only an Authorized Official (AO) or Access Manager (AM) has the ability to manage Staff for their employers.

**The AO or AM of the employer** should first Log in to I&A and navigate to the **My Staff** tab



Locate the Staff End User whose access you wish to Modify by scrolling down the screen <u>or</u> using the Search By: Last Name / First Name search boxes.

## How to view a staff user's access

View staff user's access on the **Active Staff** page of the **My Staff** tab



1. Select the ⊞ (plus sign icon) next to the <u>Employer Name</u> to expand the employer to see the list of providers and business functions for which the employer has been approved to work on the provider's behalf in the identified application.

2. With the employer expanded, the screen displays the list of providers and the business function access that has been granted to the user via the surrogacy connection between the Employer and the Provider.



## How to Modify a staff user's access

1. Select the **Modify** button under the <u>Role</u> heading next to the  staff user whose access you wish to modify



2. The **Modify Staff** page will display.



On this page you have 2 options.

1) modify the user's Employer access to all of your employers using the **Modify All Current Access** bar
2) Modify/Adding the user's access to a specific Employer or modify the user's surrogate access to providers for which the Employer is an approved surrogate.

**Modifying a Staff User's access to all Employers at one time.**



Using the **Modify All Current Access** bar, you can select a Role and Business Function access to be applied to the user for ALL employers. This is useful when trying to grant a Staff End User access to all of your employers. To do this:

1. Simply select the Role you wish to assign from the Role dropdown box
2. Select the Business Functions you want to grant access to
3. Select the **Modify All Current Access** button

**Modifying a Staff User's access associated with one Employer time.**

To modify or add access for a <u>specific employer</u> or modify the staff user's <u>surrogate access</u> to providers for which the employer is an approved surrogate, select the **Modify Access** or **Add Access** button next to the

desired employer.  If no button exists, then you don't have the authority to modify the user's access associated with the employer (for example, Access Managers cannot manage other Access Managers access) Modifying  Access.

1.  Select the **Modify Access** button next to the Employer you wish to modify access for



2.  You will be navigated to the Modify Staff page



Here you will:

    a.   select the Role or remove access by selecting **No Access (Disassociate)**



         i.   If you are an AO for the selected Employer, you will have three Role options

              1)  Staff End User

              2)  Access Manager

              3)  No Access (Disassociate)

        ii.   If you are an AM for the selected Employer, you will have two Role options

              1)  Staff End User

              2)  No Access (Disassociate)

b.  select the Employer Business functions you wish to grant the user access to



c.  select the surrogate Business functions you wish to grant the user access to.
To grant a Staff End User access to a provider, you can individually check the **checkbox** next to the **Business Function(s)** for the desired provider(s), or you can grant access to all providers by checking the **checkbox(es)** in the Provider column header row.

| Provider | ☐ PECOS | ☐ EHR | ☐ NPPES |
|---|---|---|---|
| *Optional: Provider EINs/NPIs and Business Functions available for the employer as a surrogate* | | | |
| xyz pharmacy   EIN: **-***7337 | | | ☐ NPPES |
| TRUSSELL MEDICAL ASSOCIATES, PC   EIN: **-***9026 | ☐ PECOS | | |

**IMPORTANT**: Per CMS security standards the I&A page will timeout after about 10-15 minutes of inactivity.  Simply checking boxes on the screen will cause the page to timeout so CMS encourages users to select 10 - 20 providers for their Staff End User (or as many providers as you can select) and select the **Submit** button to ensure the page does not timeout.  The AO or AM should then go back to modify the Staff End User's account and continue selecting providers.

3.  Once you have assigned the appropriate access to the staff user, scroll to the bottom of the page, choose whether <u>or</u> not they wish to send an e-mail notification to the staff user, and select the **Submit** button.

4.  After the Staff End User is assigned access to the provider(s) <u>AND</u> the AO or AM selects the **Submit** button <span style="color:red">the Staff End User must wait up to 2 hours for the system to synchronize the account updates to the EHR system</span>.  After 2 hours the Staff End User can log in to EHR and work on behalf of the provider(s).

5.  To remove a Staff End User's access to a provider, follow steps 1 - 4 above, in step 2 instead of checking the checkbox, you would uncheck the checkbox next to the Business Function(s) of the provider for whom the Staff End User should no longer have access.

## How to approve staff user requests

Approved Authorized Officials and Access Managers will see the My Staff. Select the **Role Requests** button to navigate to the <u>My Staff Pending Role Requests</u> page.



New employer requests and role change requests that you have the ability/rights to take action on will display. You will have the ability to either approve or reject the request.



 Once you select the **Approve** or **Reject** button you will be navigated to the confirmation page. You have the ability to send an e-mail notification to the requestor.  If you uncheck the checkbox, no e-mail notification will be sent.  Once you have reviewed your action, select the **Submit** button the request.



## How to Invite a Staff Users

<u>Note</u>: Only an Authorized Official (AO) can invite Access Managers (AMs), while both AOs and AMs can invite a Staff End Users (SEUs) for their employers.

1. Log in to I&A and navigate to the **My Staff** tab
2. Select the **Add Staff** button.



3. On the <u>Add Staff</u> page, the AO or AM will enter the user's First Name, Last Name, and E-mail address, then select the employer you wish to add the user as an employee.



4. When you check the checkbox next to the Employer the Role dropdown will become enabled and you can select the role you with to assign to the user. If you are an Authorized Official for the Employer, you will be able to assign the user the role of Staff End User or Access Manager.  If you are an Access Manager for the Employer, you will only be able to assign the user the role of Staff End User.  You will also select the Business Function(s) which will grant the user access to the Employer in the named CMS application.



Business functions are only available for employers who are providers (i.e., they have an active NPI in NPPES). If an employer has no active NPI, the business functions will not appear.

5. You can also grant access to multiple employers at once by using the checkboxes and Role in the Header row.  The same applies for the Business Functions (PECOS, EHR, and NPPES).



6. After you complete the user's <u>Role</u> and <u>Business Function(s)</u> selection for the employer, select the **Submit** button



7. The **Submit** button will take you to the *Add Staff > Review* page where you will verify the information for accuracy. **It is important** that the e-mail address entered in the Add Staff page is accurate so the Staff End User will receive their invitation and PIN to register. Once the information is complete, select the **Continue** button.



8. Upon selecting the **Continue** button an e-mail invite will be sent to the E-mail Address you entered and you will be navigated to an Add Staff confirmation page.



9. Below is an example of the e-mail invitation that is generated.

---

From:  donotreply@cms.gov
To:  jane.doe@email.com
Subject:  You've been invited to register with the Centers for Medicare and Medicaid Identity & Access System

Jon Snow requested that you register as a staff user for your employer(s) AAG
Org One, JON SNOW in the Centers for Medicare and Medicaid Services Identity
& Access (I&A) system. To continue, please either click on the PIN Entry Page
link provided below or cut and paste the link into your browser and enter the
e-mail address and the PIN provided below.  Note that the PIN will expire in
72 hours if not used.

PIN Entry Page: https://nppes.cms.cmstest/IAWeb/register/register_pin.do

PIN: 2534694877

Invitation Tracking ID:  I11355

Systems that currently accept I&A log in credentials:
Internet-based PECOS (https://pecos.cms.hhs.gov)

EHR Incentive Program (https://ehrincentives.cms.gov)

NPPES (https://nppes.cms.hhs.gov)

Please do not reply to this message via e-mail. This address is automated,
unattended, and cannot help with questions or requests. If you have any
questions, please contact the External User Services (EUS) Help Desk:
    External User Services (EUS) Help Desk
    PO Box 792750
    San Antonio, TX 78279
    1-866-484-8049
    EUSSupport@cgi.com

---

10. The newly added Staff End User will exist on the **My Staff** tab under the <u>Inactive Staff</u> heading, Registration Pending, until he/she registers in I&A.



Once the user accepts the invitation (see ***How New I&A Users Register from a Staff End Users (SEU) or Access Manager (AM) Invitation*** and ***How New I&A Users Register from a Staff End Users (SEU) or Access Manager (AM) Invitation*** sections of this document*) the user will show under the <u>*Active Staff*</u> heading on the **My Staff** page

**How New I&A Users Register from a Staff End Users (SEU) or Access Manager (AM) Invitation**

<u>Note</u>: PINs included in the Staff End User Invitation will expire in 72 hours if not used.

1. The user should access their e-mail and look for e-mail **Subject**: You've been invited to register with the Centers for Medicare and Medicaid Identity & Access System.  An example of this e-mail is available in step 8 of the How to Invite a Staff End User (SEU).

2. In the body of the e-mail the Staff End User should locate the web address provided after the text <u>PIN Entry Page</u>: and copy and paste the web address in his/her Internet browser and select **Enter**.

3. The user is then navigated to the *Terms and Conditions* page where they should review and terms and conditions.  To continue, the user must select the **Accept** button.



4. The user is then directed to the <u>Enter Pin</u> page.
    a. The user will enter the e-mail address where they received the Staff End User Invitation
    b. Enter the PIN found in the body of the e-mail
    c. And select the **Submit** button to continue



5. On the <u>Invited User</u> page, the user will decide if he/she is new to I&A <u>OR</u> if he/she is already a registered I&A user.
   <span style="color:red">**Important**: The invited user must register <u>or</u> sign in under his/her own account, <u>not</u> the account of the person who sent the invitation.</span>
    a. Users who have already registered will enter their User ID and Password and select the **Sign In** button
    b. Users who are new to I&A will select the **Continue To Registration** button
   <span style="color:red">The steps that follow are for a user who is new to I&A. A new I&A user will select the **Continue To Registration** button.</span>

6. After selecting the **Continue to Registration** button, the user is taken through the User Registration Process. (see the **Create Your Account** example)

7. Once the user has completed creating their account, the can navigate to the **My Profile** tab and scroll to the bottom of the page to see their Approved employer relationships under the <u>Employer Information</u> section.

| Employer | My Role with this Employer | My Status with this Employer | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| + AAG Org One | Staff End User | Approved | YES | NO | NO |
| + SNOW, JON | Staff End User | Approved | YES | NO | NO |

**How an Existing I&A User Responds to a Staff End Users (SEU) or Access Manager (AM) Invitation**

<u>Note</u>: PINs included in the Staff End User Invitation will expire in 72 hours if not used.

1.  The user should access their e-mail and look for e-mail <span style="color:red">**Subject**: You've been invited to register with the Centers for Medicare and Medicaid Identity & Access System</span>.  An example of this e-mail is available in step 8 of the How to Invite a Staff End User (SEU).

2.  In the body of the e-mail the Staff End User should locate the web address provided after the text <u>PIN Entry Page</u>: and copy and paste the web address in his/her Internet browser and select **Enter**.

3.  The user is then navigated to the *Terms and Conditions* page where they should review and terms and conditions.  To continue, the user must select the **Accept** button.

4.  The user is then directed to the <u>Enter Pin </u>page.
    a.  The user will enter the e-mail address where they received the Staff End User Invitation
    b.  Enter the PIN found in the body of the e-mail
    c.  And select the **Submit** button to continue



5.  On the <u>Invited User</u> page, the user will decide if he/she is new to I&A <u>OR</u> if he/she is already a registered I&A user.
    <span style="color:red">**Important**: The invited user must register <u>or</u> sign in under his/her own account, <u>not</u> the account of the person who sent the invitation.</span>
    a.  Users who have already registered will enter their User ID and Password and select the **Sign In** button
    b.  Users who are new to I&A will select the **Continue To Registration** button

    <span style="color:red">The steps that follow are for a user who has already registered in I&A and has a user ID and password.  The user will enter his/her User ID and Password and select the **Sign In** button.</span>

6. The user will then log in and navigate to the **My Profile** tab and scroll to the bottom of the page to see their Approved Staff End User status under the <u>Employer Information</u> section.

| Employer ▾ | My Role with this Employer ▾ | My Status with this Employer ▾ | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| ⊞ AAG Org One | Staff End User | Approved | YES | NO | NO |
| ⊞ SNOW, JON | Staff End User | Approved | YES | NO | NO |

7. Staff End User have the ability to cancel their initial Employer Role Request for their AO, AM and SEU (This can only be canceled before the request is approved or being processed) as well as Disassociate themselves from their current employer.

## How to Cancel an Employer Request

 Employer Request can only be canceled before the request is approved or being processed.

Please follow the following steps to cancel an Employer Request:

Step 1:

Login to I&A and click on My Profile Tab. Scroll to bottom of page and click the + sign icon next to the employer name (Status must be Pending Approval).

Scroll down and click on the button that says Cancel Employer Request.



Step 2:

Below, you can see the option to select "Yes" to cancel the Employer Request.



The status with your Employer will be Cancelled.

### Employer Information

| Employer ▾ | My Role with this Employer ▾ | My Status with this Employer ▾ | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| ⊞ Cox Pharmacy | Authorized Official | Cancelled | NO | NO | NO |

## How to Cancel a Pending Employer Role Change Request

Employer Role Change Requests can only be canceled before the request is approved or being processed.

Follow the following steps to cancel your Employer Role Change Request:

Step 1:

Login to I&A and click on My Profile Tab. Scroll down to the Employer Information section.

In the example below, you will see in the user is an Approved Access Manager for Organizational Provider AAG Org One and has submitted a Role Change Request to be an Authorized Official.

Select the + sign icon next to the employer name to expand the employer.



Step 2:

Select the **Cancel Pending Role Change Request** button to cancel the Role Change Request that is Pending Approval.

Step 3:

Confirm you wish to Cancel your pending Role Change Request be selecting "Yes" .



You will then see that your Role Change Request no longer exists and your Role and Status with your Employer is unchanged

| Employer ▾ | My Role with this Employer ▾ | My Status with this Employer ▾ | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| ⊞ AAG Org One | Staff End User | Approved | YES | NO | NO |
| ⊞ SNOW, JON | Staff End User | Approved | YES | NO | NO |

## How to Disassociate from Your Employer

You can Disassociate yourself from an Employer if your status with the Employer is Approved and you are not an Individual Provider trying to disassociate yourself from your own Individual Provider Organization.

In the example below, you will see Individual Provider John Doe's Employer Information.

He is currently an approved employee of:

a. Organizational Provider Cox Pharmacy
b. Individual Provider Doe, John – his own IP org
c. Individual Provider Trussell, Jack

And is Pending Approval for Organizational Provider American Pharmacy



John Doe can disassociate himself from Cox Pharmacy and Individual Provider Jack Trussell.  When these two Employers are expanded, the **Disassociate From Employer** button will only be is visible/available.



However, John Doe cannot disassociate himself from his own Individual Provider Organization or American Pharmacy (since he is not currently Approved as an employee). If you expand either one of those two Employers, you will not see a **Disassociated From Employer** button.

Follow the following steps to disassociate yourself from Your employer:

**Step 1:**

Login to I&A and click on My Profile Tab. Scroll to bottom of page and click the + sign icon next to the employer name (Status must be Approved). Scroll down and click on the button that says **Disassociate From Employer.**



Step 2:

Confirm you wish to Disassociate your pending Role Change Request be selecting "Yes"



The status with your Employer will be Disassociated, and you will no longer have Provider access via the employer relationship.

Employer Information

| Employer ▾ | My Role with this Employer ▾ | My Status with this Employer ▾ | PECOS | EHR | NPPES |
|---|---|---|---|---|---|
| ⊞  American Pharmacy | Authorized Official | Pending Approval Tracking Id A61601120 | NO | NO | NO |
| ⊞  Cox Pharmacy | Authorized Official | Approved | YES | YES | YES |
| ⊞  Doe, John | Authorized Official | Approved | YES | YES | YES |
| ⊞  Trussell, Jack | Staff End User | Disassociated | NO | NO | YES |

## How to Retrieve Forgotten User ID when logging into PECOS

1. From the PECOS logon page the user selects **Forgot User ID?** Hyperlink.  The user is then redirected to the I&A <u>Retrieve Forgotten User ID - Information</u> page.



**2.** On the Retrieve Forgotten User ID - Information page, the user enters his/her e-mail address and selects the **Continue** button.



3. In this example, the user enters the incorrect e-mail address and receives an error message stating "The e-mail address is not associated with a User ID."  The user attempts to enter a different e-mail address and selects the **Continue** button.



4. The user tries two additional times to enter the correct e-mail address associated with his/her account and after the third attempt when the user selects the **Continue** button the user receives an error message stating "You have entered an invalid e-mail address three times.  Please enter the User Information below associated with your account to continue."

   <u>Note</u>: **Continue** button under the *E-mail Information* heading is disabled and the user is forced to complete the *User Information* fields.

   The user enters the personal information collected in the *User Information* fields and selects the **Continue** button.



5. On the Retrieve Forgotten User ID - Confirmation page, the user ID associated with the user's account is displayed. The user must copy/make note of their user ID and select the **Continue to Change Password** button.



6. On the <u>Reset Password</u> page, the user is prompted to enter a new password and select the Reset button The Password Compliance section of the Reset Password page will aid you in creating your new password. When the compliance is met, you will see a green checkmark next to the compliance. When the compliance is not met, you will see a red X.



Be sure to view the list of valid special characters by hovering your cursor over "valid special character"



7. Once the user selects the **Reset** button on the <u>Reset Password</u> page the user is taken to the <u>Reset Forgotten Password - Confirmation</u> page. The user will select the **Continue to Login Page** button access the I&A logon screen.



    a. <u>Note</u>: The user will also receive an e-mail notification confirming that the password on the user's account has been changed. See an example e-mail below

```
From: donotreply@cms.gov
To: whitney.stevenson@email.test
Subject: Password Change Notification
```

> This is to inform you the password on your account whitneysteve was
> recently reset.  If you did not reset your password, please contact the
> External User Services (EUS) Help Desk immediately.

8. On the I&A logon page the user will enter his/her user ID and newly reset password and select the **Sign In** button.



9. Since this user has previously logged in to their I&A account he/she will be taken directly to their I&A Home page.



10. Once the user is finished in his/her I&A account the user can logout using the Sign Out hyperlink in the top right hand corner of the screen.



11. The user can now take their user ID and newly reset password and login to NPPES, PECOS and/or EHR.

**How to Reset a Forgotten Password For a User Who Has Not Completed His/Her User Information Security Check when logging into PECOS**

1. From the PECOS logon page the user selects **Forgot Password?** Hyperlink. The user is then redirected to the I&A <u>Reset Forgotten Password - User ID</u> page.



2. On the <u>Reset Forgotten Password - User ID</u> page, the user enters his/her user ID and selects the **Continue** button.



3. On the <u>Reset Forgotten Password - Challenge Information</u> page, the user attempts to enter his/her *Security Questions* and selects the **Continue** button.



4. In this example, the user incorrectly answers the *Security Questions* and receives an error message stating "One or more Answers are incorrect. The security questions may have changed. Please input the correct answers. You will be required to enter the User Information associated with the account after 3 incorrect attempts." The user attempts to enter his/her *Security Questions* and selects the **Continue** button.



5. The user attempts to correctly answer the *Security Questions* two additional times and after the third attempt when the user selects the **Continue** button the user receives an error message stating "You have incorrectly answered your security questions three times.  Your account has been locked.  Please enter the User Information associated with your account to unlock the account and reset your password. After three unsuccessful attempts to correctly enter your User Information you will be required to contact EUS to unlock your account."

   <u>Note</u>: **Continue** button under the *Security Questions* heading is disabled and the user is forced to complete the *User Information* fields.

The user enters the personal information collected in the *User Information* fields and selects the **Continue** button.



6. On the Reset Password page, the user is prompted to enter a new password and select the **Reset** button.



7. Once the user selects the **Reset** button on the Reset Password page the user is taken to the Reset Forgotten Password - Confirmation page. The user will select the **Continue to Login Page** button access the I&A logon screen.



Note: The user will also receive an e-mail notification confirming that the password on the user's account has been changed. See an example e-mail below

```
From: donotreply@cms.gov
To: NOT-CONVERTED-TESTUSER
Subject: Password Change Notification

This is to inform you the password on your account TESTUSER was recently
reset.  If you did not reset your password, please contact the External User
Services (EUS) Help Desk immediately.
```

8. On the I&A logon page the user will enter his/her user ID and newly reset password and select the **Sign In** button.



9. Before the user is able to access his/her I&A Home page the user must complete the User Information Integrity Check. On <u>User Information Integrity Check - Notice</u> page, the user will select the **Continue to Start** button to continue.

   <u>Note</u>: In this example, this is the first time the user has logged into his/her I&A account so the user has not completed the <u>User Information Integrity Check</u>. If the user has previously logged in to his/her I&A account the user will be taken directly to their Home page.



10. On the <u>User Information Integrity Check - E-mail</u> page the user must enter a unique e-mail address. After the user enters their e-mail address the user will select the **Continue** button.



11. On the <u>User Information Integrity Check - Profile</u> page the user must complete all required fields. Once completed, the user will select the **Continue** button. Note that if the user is an Individual Provider with an Active Type 1 NPI, the user will not be able to modify the information on the left side

of the screen because it is on the user's NPI.  If the information on the left side needs to be modified, the user should complete this process and then login to NPPES to correct the information on his/her NPI.  The information will then be updated in I&A automatically.



12. After the user completes Step 1 - E-mail and Step 2 - Profile, the user is taken to Final Complete.  On the <u>User Information Integrity Check - Complete</u> page the user will select the **Continue to home Page** button to access their **Home** tab.



13. From the user's **Home** tab they can see if there are any Pending Provider or Surrogate requests.  The user will also be able to navigate to other tabs available to them depending on the role of their account (i.e., Authorized Official, Access Manager, or Staff End User).



14. Once the user is finished in his/her I&A account the user can logout using the Sign Out hyperlink in the top right hand corner of the screen.



15. The user can now take their user ID and newly reset password and login to NPPES, PECOS and/or EHR.

## How to Upload Documents

The **Add a Document** button can be found on the following pages:

    a.  Add Employer Confirmation and Review page
         i.  Displays at the end of the Add Employer process
        ii.  Displays when the Tracking ID of a Pending Employer Request is selected on the My Profile tab in the Employer Information section
    b.  Add Provider page
         i.  Displays at the end of the Add Provider Process when the Provider is an Individual Provider
    c.  Connection Details page
         i.  Displays when a surrogacy connection is in a Pending Status and your employer imitated the surrogacy connection to an Individual Provider

1. Select the **Browse** button to search for your file



2. Navigate to your file and select the file



3.  Identify what **Type of Document** you are uploading





4. Once your document is successfully uploaded, you have the ability to  View the uploaded document,  add a comment associated with the uploaded document, or  delete the uploaded document or comment, as long as, the request is in a Pending or Rejected status.

5. Selecting the 🖉 ICON will bring up the Add Document Comment page.



Once the comment is added you will see in the **Comments** column



You have the ability to Delete uploaded documents while the request is Pending or after it has been Rejected



# <u>*Examples - Common Connection/Surrogate Scenarios*</u>

**Providers can grant access to employees and/or surrogates to manage and access their information in any (or all) of the following systems:**

- **NPPES**
- **PECOS**
- **EHR** (HITECH R&A)

## Example #1: Individual Provider approves Group Practice to manage his information



John Smith (Individual Provider) is part of a group practice Health Group Inc. (Organizational Provider). Brian Johnson is the Authorized Official for Health Group Inc. Tom and Alex (Staff) are both credentialing specialists that work for Health Group Inc. John has made business arrangements with Health Group Inc. to manage his enrollment information within PECOS and his information in NPPES and EHR.

*Assumption: Health Group Inc. is already found in I&A and already has an NPI. Brian, Tom, and Alex are already established with their respective roles in I&A. John already has an NPI.*

**Brian Johnson (AO for Health Group Inc.):**
1. Logs in to I&A;
2. Goes to My Connections, and selects Find Provider, under Health Group Inc.;
3. Searches for John Smith by his NPI;
4. Selects him and then the PECOS, NPPES, and EHR business functions; and
5. Confirms the connection request.

**John Smith (Individual Provider):**
6. John Smith receives notification of the requested connection.
7. Logs in to I&A;
8. Sees the pending request from the group to add him on both the Home page and in the list of connections on the My Connections page;
9. John approves the request;
10. John receives notification of approved connection request;
11. Health Group Inc. receives notification of approved connection request.

These steps establish the connection (surrogacy relationship) between John Smith and Health Group Inc. - which allows any member of Health Group Inc.'s staff (i.e., Brian, Tom, or Alex) to access information for John Smith. If Health Group Inc. had established an Access Manager they could also initiate the connection request.

## Example #2: Organizational Provider hires 3rd Party Organization to manage their enrollments



Health Product Store (Organizational Provider) has made business arrangements with a 3rd party consulting company, Billing Medical (3rd Party Organization) to manage their enrollment information in PECOS. Jane Foster is the Authorized Official of Health Product Store, Jack Lee is the Authorized Official of Billing Medical, and Tom (Staff) is a credentialing specialist that works for Billing Medical.

*Assumption: Health Product Store already has an NPI, Billing Medical is already established in I&A, and Jane, Jack, and John are setup with their respective roles.*

**Jack Lee (Authorized Official of Billing Medical):**
1. Logs in to I&A;
2. Goes to My Connections, and selects Find Provider, under Billing Medical.;
3. Searches for  Health Product Store by its NPI;
4. Selects Health Product Store and then the PECOS business function; and
5. Confirms the connection request.

**Jane Foster (Authorized Official of Health Product Store):**
6. Health Product Store Authorized Official receives notification of the requested connection.
7. Logs in to I&A;
8. Sees the pending request on both the Home page and in the list of connections on the My Connections page;
9. Jane approves the request;
10. Jane receives notification of approved connection request;
11. Billing Medical receives notification of approved connection request.

These steps establish the connection (surrogacy relationship) between Health Product Store and Billing Medical - which allows any member of Billing Medical's Staff to access information for Health Product Store. If Billing Medical had established an Access Manager they could also initiate the connection request.

## Example #3: Group Practice hires 3rd Party Organization to manage their information

Group Practice hires 3rd Party Consulting Organization to manage their information for itself, AND all the Individual Providers who have already connected to it. In this example, the Organizational Provider is only granting access to their information PECOS, however; the same can be applied to both NPPES and EHR.



Health Group Inc. (Organizational Provider) has made business arrangements with a 3rd party consulting company, Billing Medical (3rd Party Organization) to manage their enrollment information in PECOS, and the enrollment information for all their Individual Providers who have previously connected to Health Group Inc. Brian Smith is the Authorized Official for Health Group and Alex (Staff) is the office manager. Jack Lee is the Authorized Official for Billing Medical, and Tom (Staff) is already a member of the Staff on Billing Medical, and will be the only person working on information for Health Group or any of its Providers.

*Assumption: Health Group Inc. already has an NPI, Billing Medical is already established in I&A, and both Brian and Tom are setup with their respective role, Individual Providers have established connections with Health Group Inc.*

**Brian (Authorized Official):**
1. Logs in to I&A;
2. Goes to My Staff, and selects Add Staff;
3. Enters Tom's name and e-mail address;
4. Submits the request.

**Tom (Staff of 3rd Party Organization):**
5. Receives an e-mail requesting that he register as a staff for Health Group Inc.;
6. Selects the link from the e-mail;
7. Enters his e-mail address and the PIN provided in the e-mail;
8. Since Tom is already a registered user in I&A he log's in and finalizes the registration.
9. Upon successful registration Tom will now see he is a Staff member for Health Group Inc.

These steps establish the connection (surrogacy relationship) between Health Group Inc. and Billing Medical via Tom, a member of Billing Medical's staff. Tom from Billing Medical can now access information for Health Group Inc., AND all of the Individual Providers who have previously approved connections between themselves and Health Group Inc.

*IMPORTANT NOTE: If Health Group Inc. creates a CONNECTION to Billing Medical rather than making an individual of Billing Medical's Staff a member of their staff, Billing Medical's Staff would only have access to the PECOS information for Health Group Inc., NOT any of the Individual Providers who previously authorized Health Group Inc. to work on their behalf.*

## Example #4: Individual Provider adds Office Manager granting access to manage his information



Joe Brown (Individual Provider) has a private practice JB Medical Clinic. Sarah Douglas is Joe Brown's office manager and will be managing his enrollment information within PECOS and information in EHR and NPPES.

*Assumption:* Joe Brown already *has an NPI and is already established in I&A.*

**Joe Brown (Individual Provider):**
1. Logs in to I&A;
2. Goes to My Staff, and selects Add Staff;
3. Enters Sarah's name and e-mail address;
4. Selects Sarah's employer (Joe) and Role - Staff End User and then the PECOS/HER/NPPES business functions; and
5. Submits the request.

**Sarah Douglas (Staff - Office Manager):**
6. Sarah receives an e-mail requesting that she register as a staff end user for Joe;
7. Sarah selects the link from the e-mail;
8. Enters her e-mail address and PIN provided in the e-mail;
9. Since Sarah is not currently a registered user in I&A she will select Continue to Registration;
10. Sarah follows the screens through the Registration process.
11. Once registration is successful Sarah will see on her **My Profile** tab that she now a Staff End User for Joe Brown

These steps establish the employment relationship between Joe Brown and Sarah Douglas. Sarah Douglas. As a member of Joe Brown's Staff she can now act as a surrogate for Joe Brown.

## Example #5: Individual Provider Hires 3rd Party Organization to manage his information



Joe Brown (Individual Provider) has a private practice JB Medical Clinic, and has made a business arrangements with a 3rd party consulting company, Billing Medical (3rd Party Organization) to manage his enrollment in PECOS and his information in NPPES and EHR. Jack Lee is the Authorized Official of Billing Medical.

*Assumption: Billing Medical is already established in I&A, and Jack is already setup as the AO.* Joe Brown already *has an NPI and is already established in I&A.*

**Jack Lee (AO for Billing Medical):**
1. Logs in to I&A;
2. Goes to My Connections, and selects Find Provider, under Billing Medical.;
3. Searches for Joe Brown by his NPI;
4. Selects him and then the NPPES, PECOS, and EHR business functions; and
5. Confirms the connection request.

**Joe Brown (Individual Provider):**
6. Joe Brown receives notification of the requested connection.
7. Logs in to I&A;
8. Sees the pending request on both the Home page and in the list of connections on the My Connections page;
9. John approves the request;
10. Billing Medical receives notification of approved connection request

These steps establish the connection (surrogacy relationship) between Joe Brown and Billing Medical - which allows any member of Billing Medical's staff to access information for Joe Brown.  If Billing Medical had established an Access Manager they could also initiate the connection request.

# Appendix A - Acronyms, Key Terms, and Definitions

| Acronym | Description |
|---|---|
| AO | Authorized Official |
| AM | Access Manager |
| EHR R&A | Electronic Health Records Registration & Attestation System |
| EUS | External User Services |
| HITECH | Health Information Technology for Economic and Clinical Health Act |
| I&A | Identity & Access system |
| IP | Individual Provider |
| MFA | Multi-Factor Authentication |
| NPI | National Provider Identifier |
| NPPES | National Plan & Provider Enumeration System |
| PECOS | Provider Enrollment, Chain and Ownership System |
| Staff End User (SEU) | Staff user who is allowed to work for an EIN/organization but does not have the authority to perform AO and AM tasks. Staff End Users only have access to those EINs, Individual Providers, and Business Functions granted to them by an AO or AM. |
| Status - Account/Profile | **Account/Profile Status** - Status of the user's account/profile. This is not the same as the user's status with his employer(s).<br>♦ **Active** - user successfully ID-proofed and can see his Home page and profile information (what he sees for the employer info is dependent on the status the user has with his employer(s))<br>♦ **Deactivated** - deactivated by EUS (User must have their account Reactivated by EUS)<br>♦ **Disabled** - account has been "disabled" due to inactivity > X days but < Y days. (The user must reset their password.)<br>♦ **Archived** - account/profile has been archived due to inactivity > Y days. (The user must create a new account/profile.) |
| Status - Connection | **Connection Status** - Status of the a connection between two entities (provider + surrogate)<br>♦ **Approved** - Connection has been approved<br>♦ **Pending** - Connection request has been submitted but it has not yet been acted on<br>♦ **Disabled** - Previously approved connection has been disabled<br>♦ **Rejected** - Connection request was rejected and was never approved OR was not acted on within 30 days of its initiation<br>♦ **Deactivated** - Last Provider NPI associated with connection has been deactivated<br>♦ **Cancelled** - Connection was cancelled by the initiator before being acted on by the recipient |
| Status - E-mail | **E-mail Status** - status of an e-mail address<br>♦ **Validated** - e-mail address has been validated<br>♦ **Pending Validation** - e-mail address has been submitted for validation but user has not yet responded to the validation request<br>♦ **Not Validated** - e-mail address has not been validated nor has it been submitted for validation |

| Acronym | Description |
|---------|-------------|
| Status - Employer | **Employer Status** - Status of the user with regards to employer(s).  A user will have a status for each employer.<br><br>♦ **Approved** - user has been approved for the employer<br><br>♦ **Pending Approval** - user has not yet been approved for the employer.  This may occur in the following situations:<br><br>  • AO or AM awaiting vetting and approval by EUS for a new employer<br><br>  • AM awaiting approval by AO for a new employer<br><br>  • AM or Staff End User awaiting approval of a role change request<br><br>♦ **Disassociated** - user no longer has access to the employer<br><br>♦ **Rejected** - request for approval was rejected<br><br>♦ **Archived** - User's User ID has been archived |
| Status - Invitation | **Invitation Status** - status of a staff invitation request issued by an AO/AM/IP to a new staff user<br><br>♦ **Registration Pending** - an invitation has been issued but has not yet been responded to/acted on<br><br>♦ **Registration Cancelled** - a pending registration invitation was cancelled before the staff user responded to the invitation<br><br>♦ **Expired** - an invitation request that has been Pending Registration for more than 72 hours<br><br>♦ **Accepted** - invitation has been accepted by the user who received it |
| Status - PIN | **PIN Status** - status of a PIN that has been issued following a request<br><br>♦ **Active** - PIN is still active and can be used<br><br>♦ **Expired** - PIN has expired and can no longer be used.<br><br>♦ **Used** - PIN has been used and cannot be reused<br><br>♦ **Cancelled** - the action taken that resulted in the generation of the PIN was cancelled (e.g., when an AO/AM/IP cancels a staff user's invitation before that staff user registers.)<br><br>♦ **Deactivated** - a user attempted to use PIN but was not able to enter the correct e-mail address in three tries.  The PIN has been deactivated and cannot be used. |

**EXHIBIT B**
**TO SUPPLEMENTAL DECLARATION OF**
**DEBORAH WENSINK**

Logged in as dwensink1   Sign Out
Last Logged on 08/05/2020 12:14AM

# Identity & Access Management System

? Help

| Home | My Profile | My Connections | **My Staff** |

## My Staff - Active Staff

| Role Requests | Inactive Staff | Add Staff |

Active Staff

**Search by:**   Employee Last Name [_____]   Employee First Name [_____]

Employer Name [_____]   [ Search ]   [ Clear ]

| Name ▾ | Role | PECOS | EHR Incentive Program | NPPES |
|---|---|---|---|---|
| ⊟ **Barbee, Jessica** | [ Modify ] | | | |
| ⊞ SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC<br>EIN: **-***9409<br>jessica.barbee@amsurg.com | Staff End User | | | |
| ⊟ **Fisher, Chelsea** | [ Modify ] | | | |
| ⊞ SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC<br>EIN: **-***9409<br>chelsea.fisher@amsurg.com | Staff End User | | | |

**EXHIBIT C**
**TO SUPPLEMENTAL DECLARATION OF**
**DEBORAH WENSINK**

Logged in as dwensink1    Sign Out
Last Logged on 08/05/2020 01:14PM

## Identity & Access Management System

? Help

| Home | My Profile | My Connections | My Staff |

**My Profile** ▶ View Authorized Official(s)

« Back to Previous Page

| Source | Name | EIN | NPI | Employer LBN | E-mail Address |
|--------|------|-----|-----|--------------|----------------|
| IA | Alta Whisnant | 820499409 | | SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC | awhisnant@amsurg.com |
| IA | Alina Logan | 820499409 | | SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC | alogan@amsurg.com |
| IA | Wendel Wainner | 820499409 | | SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC | mwainner@amsurg.com |



I thought these were deleted in Nov 2019 when the other end users were.

**EXHIBIT D**
**TO SUPPLEMENTAL DECLARATION OF**
**DEBORAH WENSINK**

parEOF

```
```

---

Logged in as dwensink1   Sign Out
Last Logged on 01/23/2018 01:13PM

## Identity & Access Management System

[?] Help

| Home | My Profile | My Connections | My Staff |

**My Profile ▶ View Authorized Official(s)**    « Back to Previous Page

| Source | Name | EIN | NPI | Employer LBN | E-mail Address |
|---|---|---|---|---|---|
| IA | Alta Whisnant | 820499409 | | SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC | awhisnant@amsurg.com |
| IA | Alina Logan | 820499409 | | SOUTHERN IDAHO AMBULATORY SURGERY CENTER LLC | alogan@amsurg.com |

Delete