Scott D. Hess, ISB #2897
A. Dean Bennett, ISB #7735
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869
sdhess@hollandhart.com
adbennett@hollandhart.com

W. Brantley Phillips, Jr. (admitted *pro hac vice*)
Russell S. Baldwin (admitted *pro hac vice*)
Allison W. Acker (admitted *pro hac vice*)
BASS BERRY & SIMS PLC
150 Third Avenue South, Ste. 2800
Nashville, TN 37201
Telephone:  (615) 742-6200
Facsimile:  (615) 742-2842
bphillips@bassberry.com
rbaldwin@bassberry.com
allison.acker@bassberry.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| TWIN FALLS NSC, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>SOUTHERN IDAHO AMBULATORY SURGERY CENTER, LLC,<br><br>       Defendant. | Case No.  1:19-cv-00009-DCN<br><br>**APPLICATION FOR WRIT OF EXECUTION** |

APPLICATION FOR WRIT OF EXECUTION - 1

COMES NOW plaintiff and judgment creditor Twin Falls NSC, LLC ("Plaintiff"), by and through its counsel of record, and represents as follows for this, its Application for Writ of Execution:

1.  On October 2, 2019, this Court entered a judgment in favor of Plaintiff and against Defendant Southern Idaho Ambulatory Surgery Center, LLC ("Defendant") (Dkt. 33) (the "Judgment"). The Judgment confirmed an arbitration award in favor of Plaintiff and against Defendant in the amount of $1,230.046.23. A true and correct copy of the Judgment is attached hereto as **Exhibit A**.

2.  No payments on the Judgment have been made. The Judgment remains a valid judgment in favor of Plaintiff and against Defendant.

3.  Plaintiff hereby applies for issuance of a writ of execution against Defendant under Rules 4.1 and 69 of the Federal Rules of Civil Procedure, Idaho Code § 11-101 to 11-107, and any other applicable law. A proposed writ of execution is submitted herewith. The writ is directed to the United States Marshal for the District of Idaho.

WHEREFORE, Plaintiff applies for the issuance of a writ of execution in the form submitted herewith.

DATED this 5th day of October, 2020.

HOLLAND & HART LLP

By /s/ *Scott D. Hess*
    Scott D. Hess, for the firm
    A. Dean Bennett, of the firm

    Attorneys for Plaintiff

APPLICATION FOR WRIT OF EXECUTION - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of October, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Angelo L. Rosa, Esq.<br>2211 East Camelback Road, No. 302<br>Phoenix, Arizona 85016 | arosa@rosacommerce.com |
| Jay J. Kiiha<br>White, Peterson, Gigray & Nichols, P.A.<br>Canyon Park at the Idaho Center<br>5700 E. Franklin Rd. Suite 200<br>Nampa, Idaho 83687 | jkiiha@whitepeterson.com |

/s/ *Scott D. Hess*
Scott D. Hess
for HOLLAND & HART LLP

15515186_v1

APPLICATION FOR WRIT OF EXECUTION - 3