# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

TWIN FALLS NSC, LLC, a Tennessee
limited liability company,

     Plaintiff/Counter-defendant,

vs.

SOUTHERN IDAHO AMBULATORY
SURGERY CENTER, LLC, an Idaho
limited liability company,

     Defendant/Counterclaimant.

Case No: 1:19-cv-00009-DCN

**JUDGMENT**



Certified to be a true and correct
copy of original filed in my office.
Stephen W. Kenyon, Clerk
U.S. Courts, District of Idaho
By Jocelyn Dunnegan
on Jul 15, 2020 4:02 pm

    **IT IS HERBY ORDERED, ADJUDGED AND DECREED** that Judgment is

entered in favor of Plaintiff Twin Falls NSC, LLC pursuant to the Court's September 23,

2019, Memorandum Decision and Order (Dkt. 32) confirming the January 7, 2019,

Arbitration Award in its entirety.

    This case is closed.

DATED: October 2, 2019

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1