**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Twin Falls NSC, LLC | 1:19-cv-00009-DCN |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Southern Idaho Ambulatory Surgery Center, LLC | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
See Instructions to U.S. Marshal attached to Writ of Execution
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Philip J. Griffin, Holland & Hart LLP, 800 W. Main St., Suite 1750, Boise, ID 83702

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See Instructions to U.S. Marshal attached to Writ of Execution

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 208-383-3902
DATE: 10/28/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 023
District to Serve: No. 023
Signature of Authorized USMS Deputy or Clerk: PTB
Date: 29OCT2020

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Megan McCullough - D.L. EVANS BANK
Address (complete only different than shown above):
D.L. EVANS, 890 W. Main Street, Boise ID

Date: 2NOV2020
Time: 1515 ☒ pm
Signature of U.S. Marshal or Deputy: BAXLEY, Paul L.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | 0 | 0 | $130.00 | 0 | 0 - Paid in Full |

REMARKS

Account ***7422 garnished in the amount of $1,421.38. Cashier's Check # 087298 mailed to Clerk of the Court.